455 A.2d 212

Kates et al., Appellants v. Commerce & Industry Insurance.

Argued May 25, 1982.

Christine J. Barbieri, for appellants; Thomas Pogue Preston, for appellee.

Before BROSKY, WIEAND and BECK, JJ.

Order affirmed.